IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02006-RPM

ESTATE OF MARCUCCI, by and through its personal representative, WILLIAM SILVI and WILLIAM SILVI,

    Plaintiff,

v.

COMBINED INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## ORDER GRANTING MOTION TO FILE COUNTERCLAIM

Upon review of defendant's Unopposed Motion for Leave to File Counterclaim [10] filed September 16, 2011, it is

ORDERED that the motion is granted and Defendant Combined Insurance Company of America's Counterclaim against Plaintiffs attached thereto is accepted for filing.

Dated:   September 19th, 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge