IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02006-RPM

ESTATE OF MARCUCCI, by and through its personal representative, WILLIAM SILVI and WILLIAM SILVI, individually,

    Plaintiffs,

v.

COMBINED INSURANCE COMPANY OF AMERICA, an Illinois Corporation,

    Defendant.

## ORDER RE: JOINT MOTION TO STAY THE PROCEEDINGS

    This matter comes before the Court on the Parties' Joint Motion to Stay the Proceedings. The Court, having reviewed the file as well as the contents of the Motion, HEREBY GRANTS the Motion. The proceedings in this case, including discovery, are stayed pending a resolution of Mr. Silvi's criminal conviction appeal from the New Jersey Court of Appeals.

    So Ordered this 20th day of September, 2011.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch
                                    U.S. District Court Judge