**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02006-RPM

ESTATE OF MARCUCCI, by and through its personal representative, WILLIAM SILVI and WILLIAM SILVI, individually,

    Plaintiffs,

v.

COMBINED INSURANCE COMPANY OF AMERICA, an Illinois Corporation,

    Defendant.

## ORDER RE DEFENDANT'S NOTICE REGARDING STAY OF CASE

THE COURT, having reviewed Defendant's Notice Regarding Stay of Case and being fully advised of the premises therein,

DOES HEREBY ORDER that as the case is currently stayed, Defendant's Response to the Motion to Dismiss shall be due in accordance with D.C.COLO.LCivR 7.1 as if the Motion to Dismiss was filed on the day the Order to Lift the Stay is granted.

DONE AND SIGNED this 28th day of October, 2011.

        BY THE COURT:

        **s/Richard P. Matsch**
        DISTRICT COURT JUDGE