IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02006-RPM

ESTATE OF MARCUCCI, by and through its personal representative, WILLIAM SILVI and WILLIAM SILVI,

    Plaintiff,

v.

COMBINED INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## ORDER FOR STATUS REPORT

---

On October 28, 2011, this Court entered an order staying this case pending a decision from the New Jersey Court of Appeals regarding Mr. Silvi's criminal appeal. It is now

ORDERED that on or before April 13, 2012, counsel shall file a status report.

Dated:   April 4th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge