IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02006-RPM

ESTATE OF MARCUCCI, by and through its personal representative, WILLIAM SILVI and WILLIAM SILVI,

    Plaintiff,

v.

COMBINED INSURANCE COMPANY OF AMERICA,

    Defendant.

---

ORDER VACATING STAY AND FOR STATUS CONFERENCE

---

    This civil action has been stayed pending final resolution of the criminal conviction of William Silvi in New Jersey.  On February 3, 2014, the defendant Combined Insurance Company of America filed a status report, informing that the conviction has been affirmed on appeal and that the Supreme Court of New Jersey has denied a petition for certification of the judgment.  Under these circumstances it would appear that this civil action will be resolved after giving effect to the criminal conviction.  It is now

    ORDERED that the Order for Stay is vacated and it is

    FURTHER ORDERED that a status conference will be scheduled at a time to be set after conferring with counsel.

    Dated:   February 5th, 2014

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge