IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02006-RPM

ESTATE OF MARCUCCI, by and through its personal representative, WILLIAM SILVI and WILLIAM SILVI, individually,

      Plaintiffs,

v.

COMBINED INSURANCE COMPANY OF AMERICA, an Illinois Corporation,

      Defendant.

_____

### ORDER OF DISMISSAL OF THE CASE AND ALL CLAIMS WITH PREJUDICE
_____

Plaintiffs, Estate of Marcucci, by and through its personal representative, William Silvi and William Silvi, individually, and Defendant Combined Insurance Company of America have filed a Joint Stipulated Motion for Dismissal With Prejudice of the case and all claims between the parties. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that all claims against all parties should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion for Dismissal With Prejudice of the Case and all Claims is APPROVED; and

2. That all claims asserted in the case are DISMISSED WITH PREJUDICE, each party to pay their own attorney's fees and costs.

Dated this 26th day of February, 2014.

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch
                              Senior United States District Judge